IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LASHA DARA GUESS**                                                        PLAINTIFF

v.                              No. 4:23-cv-29-DPM

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration**                                          DEFENDANT

ORDER

The Government hasn't objected to Guess's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 17*, is therefore granted. The Court awards $6,024.48 in reasonable attorney's fees payable directly to Guess. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Guess's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 October 2023